UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ATAIN SPECIALTY INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>CHOUTEAU PROPERTY MANAGEMENT, INC., CHOUTEAU PROPERTIES, INC., BRENDA ORTIZ, Special Administrator of the Estate of Jesus Ortiz-Flores, and LUIS F. ORTIZ,<br><br>    Defendants. | Case No. 15-cv-804-JPG-PMF |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Atain Specialty Insurance Company and against defendants Chouteau Property Management, Inc., Chouteau Properties, Inc., Brenda Ortiz, as Special Administrator of the Estate of Jesus Ortiz-Flores, and Luis F. Ortiz; and

IT IS FURTHER DECLARED that:

Atain Specialty Insurance Company has no duty to defend or indemnify Chouteau Property Management, Inc. or Chouteau Properties, Inc. with respect to any of the allegations in the Amended Complaint in *Ortiz* v. *La Mexicana, et al.*, Case No. 12-L-1300 in the Circuit Court for the Third Judicial Circuit, Madison County, Illinois.

**DATED:   July 27, 2016**            JUSTINE FLANAGAN, Acting Clerk of Court

                              *s/Tina Gray*, **Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
            **J. PHIL GILBERT**
            **DISTRICT JUDGE**